UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAREN J. BALCOMBE,

    Plaintiff,

  vs.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendant.

CASE NO. C10-5302 RJB JRC

ORDER EXTENDING BRIEFING SCHEDULE

BASED upon the motion of plaintiff (Doc. 17) and with no objection from the defendant, the Court hereby directs counsel to conform to the following amended briefing schedule:

Plaintiff's opening brief shall be due on or before October 8, 2010;

Defendant's responsive brief shall be due on or before November 5, 2010;

Plaintiff's optional reply shall be due on or before November 19, 2010; and

Oral argument shall be requested by November 26, 2010.

DATED this 20th day of September, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1