Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAREN J. BALCOMBE, | ) |
| | ) |
| Plaintiff, | )   NO.  3:10-cv-05302 RJB-JRC |
| | ) |
| vs. | )   ORDER AMENDING |
| | )   BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based on the Plaintiff's motion (ECF No. 21) it is hereby ORDERED that the briefing schedule be amended as follows:

Plaintiff's reply brief shall be due by December 3, 2010.  Oral argument, if desired, shall be requested by December 10, 2010.

DATED this 26th day of November, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER AMENDING BRIEFING SCHED. - 1