# United States District Court

WESTERN DISTRICT OF WASHINGTON

KAREN J. BALCOMBE,

                        JUDGMENT IN A CIVIL CASE

      v.

                        Case No. C10-5302 RBL

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    THE COURT HAS ORDERED THAT

    (1)    The Court adopts the Report and Recommendation; and

    (2)    The matter therefore is REVERSED and REMANDED to the Administration for further consideration.

      May 16, 2011                           WILLIAM M. McCOOL
          Date                                          Clerk

                                                 *s/ Mary Trent*
                                                  Deputy Clerk